IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

NATHAN J. RATLIFF,

     Appellant,

v.

                                       Case No.  5D23-2019
                                       LT Case No. 2010-CF-2229

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 3, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Nathan J. Ratliff, Okeechobee, pro se.

Ashley Moody, Attorney General, and
David Welch, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.  See Fla. R. App. P. 9.315(a).


EDWARDS, JAY and PRATT, JJ., concur.